FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR 13 PM 2:21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 105-088 |
| | * | |
| LAVERNE LANE | * | |

**ORDER**

Having read and considered Defendant Laverne Lane's request for this Court to provide a certified copy of its Order of February 11, 2015 to the Bureau of Prisons, said motion is **GRANTED**. The Clerk is instructed to provide the requested certified copy to the following address:

    Federal Bureau of Prisons
    Designation and Sentence Computation Center (DSCC)
    Attn: Mr. Delbert G. Sauers
    U.S. Armed Forces Reserve Complex
    346 Marine Force Drive
    Grand Prairie, TX 75051

**ORDER ENTERED** at Augusta, Georgia, this 13th day of April, 2015.

UNITED STATES DISTRICT JUDGE